FILED
JUL 24 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC ANTHONY FRISCIA,<br><br>Defendant. | CR 19–18–M–DWM<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 22.) Defendant Marc Anthony Friscia appeared before the Court on July 9, 2019, and entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation. Friscia's plea provides a factual basis and cause to issue an Order of Forfeiture under 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the motion (Doc. 22) is GRANTED. Marc Anthony Friscia's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

1) Sig Sauer, model P229, .357 caliber pistol (serial number AJU28219); and
2) 11 rounds of .357 ammunition.

The United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives are directed to seize the property subject to forfeiture and

1

further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 24th day of July, 2019.

Donald W. Molloy, District Judge
United States District Court