IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 19–18–M–DWM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| MARC ANTHONY FRISCIA, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 30.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 24, 2019. (Doc. 24.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1).

4. On September 9, 2019, the Montana Highway Patrol filed a claim for the Sig Sauer, model P229, .357 caliber pistol (serial number AJU28219). (Doc. 26.)

5. Counsel for the United States and the Montana Highway Patrol stipulate that the Montana Highway Patrol is the lawful owner of the firearm and the firearm should be returned. (Docs. 28, 29.)

6. No other claims for the firearm were filed. No claims for the 11 rounds of .357 ammunition were filed.

7. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The Montana Highway Patrol's petition (Doc. 28) is GRANTED. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall return the Sig Sauer, model P229, .357 caliber pistol (serial number AJU28219) to the Montana Highway Patrol.

2. The Motion for Final Order of Forfeiture (Doc. 30) for the ammunition is GRANTED. Judgment of forfeiture against the 11 rounds of .357 ammunition shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) free from the claims of any other party.

DATED this 7th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court

2