IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–18–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| MARC ANTHONY FRISCIA, | |
| Defendant. | |

The government, having moved unopposed to dismiss the pending revocation petition,

IT IS ORDERED that the government's motion is GRANTED. The Petition for Warrant or Summons (Doc. 41) is DISMISSED and the September 29, 2023 hearing is VACATED. The defendant is to remain on supervised release subject to the conditions of supervision previously imposed.

DATED this 28th day of September, 2023.

Donald W. Molloy, District Judge
United States District Court

1